IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                               CRIMINAL ACTION NO. 5:12-cr-00050

GARY MAY,

        Defendant.


### ORDER

The Court has reviewed the Defendant's *Motion to Continue Plea Hearing* filed in this matter. For good cause shown and without objection, the Court **ORDERS** that the motion (Document 5) is **GRANTED** and that the plea hearing, previously scheduled for March 22, 2012, is **CONTINUED** until **March 29, 2012, at 9:00 a.m., in Beckley, West Virginia**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the United States Marshal.

        ENTER:     March 13, 2012

*[Signature: Irene C. Berger]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA