IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

v.                          CRIMINAL ACTION NO. 5:12-cr-00050

GARY MAY,

    Defendant.

## WRITTEN PLEA OF GUILTY

In the presence of Tim C. Carrico, my counsel, who has fully explained the charge contained in the Information against me, and having received a copy of the Information before being called upon to plead, I hereby plead guilty to the charge contained in the Information.

DATE: 3/29/12

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT