IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              CRIMINAL ACTION NO. 5:12-cr-00050

GARY MAY,

        Defendant.

**ORDER**

    The Court has reviewed Defendant's *Motion for Written Permission from the Court to Leave the District* (Document 19). Defendant asks the Court to grant him permission to leave the District to attend his daughter's softball tournament in Myrtle Beach, South Carolina, from April 8, 2012, through April 14, 2012. Defendant stands convicted of conspiracy to defraud the United States, in violation of 18 U.S.C. § 371. The terms and conditions of Defendant's bond require him to remain in the Southern District of West Virginia. The Court finds Defendant has failed to establish good cause in support of his motion. Accordingly, the Court **ORDERS** Defendant's *Motion for Written Permission from the Court to Leave the District* (Document 19) be **DENIED**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office and to the United States Marshal.

        ENTER:    April 3, 2012

        *Irene C. Berger*
        IRENE C. BERGER
        UNITED STATES DISTRICT JUDGE
        SOUTHERN DISTRICT OF WEST VIRGINIA