IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.                                         CRIMINAL NO. 5:12-00050

GARY MAY

UNITED STATES' UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the United States of America by Steven R. Ruby, Assistant United States Attorney for the Southern District of West Virginia, and respectfully moves this Court to continue the sentencing presently set in the above-referenced matter for October 4, 2012 approximately ninety (90) days.  Defendant is cooperating in an ongoing investigation and the parties need additional time to fully develop the extent of his cooperation.  The United States expects that the additional time sought in this Motion will allow significant further development of the investigation and of the extent of Defendant's cooperation.  Defendant does not object to this request.

                              Respectfully submitted,

                              R. BOOTH GOODWIN II
                              United States Attorney

                     By:
                              /s/Steven R. Ruby
                              STEVEN R. RUBY
                              Assistant United States Attorney
                              West Virginia Bar No. 10752
                              300 Virginia Street, East, Room 4000
                              Charleston, WV 25301
                              Telephone:  304-345-2200
                              Fax:  304-347-5104
                              Email: steven.ruby@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "United States' Unopposed Motion to Continue Sentencing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 27th day of August, 2012 to:

        Tim C. Carrico, Esquire
        Carrico Law Offices
        1412 Kanawha Boulevard, East
        Charleston, WV  25301


        /s/Steven R. Ruby
        STEVEN R. RUBY
        Assistant United States Attorney
        West Virginia Bar No. 10752
        300 Virginia Street, East, Room 4000
        Charleston, WV 25301
        Telephone:  304-345-2200
        Fax:  304-347-5104
        Email: steven.ruby@usdoj.gov