IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**UNITED STATES OF AMERICA,**

v.   CRIMINAL ACTION NO. 5:12-cr-00050

**GARY MAY,**

## MOTION FOR PERMISSION FROM THE COURT TO LEAVE THE DISTRICT

COMES NOW the defendant, Gary May, by and through his counsel, Tim C. Carrico, Esq. and moves this Honorable Court for written permission to leave the District. In support of this Motion, the Defendant states as follows:

1. The defendant is currently unemployed.

2. That through West Virginia Employment Programs he is receiving truck driving training through the Boone Career & Technical Center, Boone County Schools Truck Driving Academy, West Virginia School of Excellence. Attached hereto as Exhibit no. 1 is a letter confirming the defendant's participation in this program.

3. That training classes in the program are scheduled to commence immediately. He will be required to go into the following counties: Boone, Logan, Lincoln, Kanawha, Braxton, Clay, Lewis, Barbour, Harrison, Doddridge, Ritchie, Wood, Jackson, Mason, Putnam, and Cabell Counties. Attached hereto as Exhibit no. 2 is a letter from lead instructor Jeff Foster confirming the foregoing.

**WHEREFORE**, based on the foregoing, the defendant respectfully requests the Court to grant him permission to leave this District as required by his truck driving school.

        **Respectfully submitted,**

        **GARY MAY**
        **By Counsel**

**/s Tim C. Carrico**_____
**Tim C. Carrico, Esq. (WVSB #6771)**
**CARRICO LAW OFFICES, LC**
**1412 Kanawha Boulevard, East**
**Charleston, West Virginia 25301**
**Phone:  (304) 347-3800**
**Fax: (304) 347-3688**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO.: 5:12-cr-00050

**GARY MAY,**

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing **"Motion for Permission from Court to Leave the District"** was served this 6th day of September, 2012, via E-filing to the following:

Steven R. Ruby, Esq.
United States Attorney's Office
300 Virginia Street East, Room 4000
Charleston, WV  25301


s/Tim C. Carrico_____
**Tim C. Carrico (WVSB #6771)**